**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CHAMBERS OF**<br>**ESTHER SALAS**<br>UNITED STATES MAGISTRATE JUDGE | MARTIN LUTHER KING COURTHOUSE<br>50 WALNUT ST.<br>ROOM 2060<br>NEWARK, NJ 07101<br>973-297-4887 |

September 26, 2007

**LETTER ORDER**

    **Re:**    **Frimpong v. Wal-Mart**
                 **Civil Action No. 06-5981 (HAA)**

Dear Counsel:

    Please note that a **telephone conference** is set for **November 27, 2007 at 10:30 AM.** Mr. Millet, counsel for Defendant, shall initiate. The purpose of the telephone conference will be to determine whether enough discovery has been conducted so as to lead to a meaningful in-person settlement conference.

    Said **in-person settlement conference** is scheduled for **December 17, 2007 at 3 PM. One week prior to this conference**, each party must submit a confidential memorandum to the Court [via facsimile (973) 645-2469], not to exceed 5 pages, summarizing the relevant facts, the respective legal positions, status of the case, and the client's position on settlement.

**SO ORDERED.**

                                            *s/Esther Salas*
                                            **Esther Salas**
                                            **UNITED STATES MAGISTRATE JUDGE**